UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22849-CIV-LENARD/TURNOFF

**EDUARDO LINAN, as Personal
Representative of Linda Linan,
deceased,**

    Plaintiff,

v.

**CARNIVAL CORPORATION, a
foreign corporation, d/b/a CARNIVAL
CRUISE LINES, and BEL-CRUISE, a
Belizean entity,**

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 95) AND DENYING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE (D.E. 48)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge William C. Turnoff ("Report," D.E. 95), issued on April 22, 2010, recommending denial of Plaintiff's Motion for Judicial Notice ("Motion," D.E. 48). The Report provided the parties with fourteen (14) days to file objections. As of the date of this Order, neither side has filed any objections. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Magistrate Judge's Report, the Motion, the related pleadings, and the record, it is hereby

**ORDERED AND ADJUDGED** that:

**1.** The Report and Recommendation of Magistrate Judge William C. Turnoff (D.E. 95), issued on April 22, 2010, is **ADOPTED**;

**2.** Consistent with the Report and this Order, Plaintiff's Motion for Judicial Notice (D.E. 48), filed on March 2, 2010, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of May, 2010.

                                                        *Joan A. Lenard*
                                                        **JOAN A. LENARD**
                                                        **UNITED STATES DISTRICT JUDGE**